# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY J. OBERRENDER,<br><br>                            Plaintiff,<br><br>    v.<br><br>CARLA J. FARLEY, HODRICK REAL ESTATE, INC., D/B/A BERKSHIRE HATHAWAY HOMESERVICES HODRICK REALTY, MULTI COUNTY LAND ABSTRACT COMPANY, J. DAVID FERRO AND LYDIA E. FERRO<br>                            Defendants. | CIVIL ACTION NO. |

## NOTICE OF REMOVAL

Defendants J. David Ferro and Lydia E. Ferro ("Defendants") hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446. Defendants' grounds for removal of this action are as follows:

## FACTUAL AND PROCEDURAL BACKGROUND

1. On October 10, 2023, Plaintiff Beverly J. Oberrender ("Plaintiff") commenced an action against Carla J. Farley, Hodrick Real Estate, Inc., D/B/A Berkshire Hathaway Homeservices Hodrick Realty, Multi County Land Abstract Company, J. David Ferro And Lydia E. Ferro by filing a complaint in the Court of Common Pleas for Columbia County, Pennsylvania captioned *Beverly J. Oberrender v. Farley, et al.*, Civil Case No. 2023-cv-1074. A true and correct copy of the Notice to Defend is attached hereto as **Exhibit A**.

## **GROUNDS FOR REMOVAL**

2. Defendant may remove this Action to this Court pursuant to the provisions of 28 U.S.C. §§ 1332 and 1441, because Plaintiff and Defendant are citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

3. Plaintiff is a citizen of the State of Texas.

4. All Defendants are citizens of the Commonwealth of Pennsylvania. 28 U.S.C. § 1332(c)(1).

5. There is complete diversity of citizenship among the parties pursuant to 28 U.S.C. § 1332.

6. Such complete diversity existed as of the date of the filing of the Complaint and the date of the filing of this Notice of Removal.

7. Defendant believes and therefore avers in good faith that the amount in controversy exceeds $75,000, exclusive of interest and costs.

8. As such, the matter exceeds the "amount in controversy" requirement of 28 U.S.C. § 1332(a), and this court possesses original jurisdiction over this action pursuant to this Court's diversity jurisdiction. *See generally* 28 U.S.C. §§ 1332, 1446(c).

9. Accordingly, this action is properly removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1331, 1441(a), and 1446.

10. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal and proof of service on all adverse parties, will be filed with the clerk of the State Court. All parties will receive a copy of the Notice filed with that court.

## **THE OTHER PREREQUISITES FOR REMOVAL ARE SATISFIED**

11. This Notice of Removal is timely filed. The relevant statute provides that "[e]ach defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons . . . to file the notice of removal." 28 U.S.C. § 1446(b)(2)(B).

12. Defendants were served with the Notice to Defend on or about October 10, 2023. *See* **Exhibit A**.

13. Further, this matter is properly removed to this Court, the United States District Court for the Eastern District of Pennsylvania, which is the "district and division embracing the place where [the] action is pending." 28 U.S.C. § 1441(a); *see also* 28 U.S.C. § 1446(a).

14. Additionally, under 28 U.S.C. § 1446(a), the removing defendant must provide copies of all process, pleadings, and orders served upon that defendant in the state court action.

15. The Notice to Defend is attached hereto as **Exhibit A**.

16. Under 28 U.S.C. § 1446, "all defendants who have been properly joined and served must join in or consent to the removal of the action." 28 U.S.C. § 1446 (b)(2)(A).

17. Here, the docket sheet does not indicate that Defendants have been served with the Complaint; therefore, their consent for removal is not required. *See* **Exhibit A**, showing no service.

18. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal, together with a true and correct copy of the Notice of Removal, will promptly be served via electronic mail on counsel for Plaintiff, with a copy filed with the Court of Common Pleas of Columbia County, Pennsylvania.

**WHEREFORE**, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, the Defendants respectfully request that Plaintiff's action, Civil Case No. 2023-cv-1074, be removed from the

Court of Common Pleas for Columbia, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

|  |  |
|---|---|
|  | Respectfully submitted,<br>**SAUL EWING LLP**<br><br>*/s/ Francis X. Riley III, Esq.*<br>Francis X. Riley III, Esq.<br>Heather E. Kemp, Esq.<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>(215) 972-1964<br>Francis.Riley@saul.com |
| Dated: October 27, 2023 | Heather E. Kemp@saul.com |
|  | *Attorneys for Defendants J. David Ferro and Lydia E. Ferro* |